ELIOT S. JUBELIRER (SBN 61654)
ejubelirer@schiffhardin.com
JEAN-PAUL P. CART (SBN 267516)
jcart@schiffhardin.com
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Telephone:  415.901.8700
Facsimile:   415.901.8701

ANTONY S. BURT
(*admitted pro hac vice*)
aburt@schiffhardin.com
LAWRENCE H. HEFTMAN
(*admitted pro hac vice*)
lheftman@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone:  312.258.5500
Facsimile:   312.258.5600

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for Butte Community Bank

KEVIN D. HUGHES
CA State Bar No. 188749
TISDALE & NICHOLSON, LLP
2029 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone:  310.286.1260
Facsimile:   310.286.2351

Attorneys for Defendants Robert Ching,
Eugene Even, Donald Leforce,
Ellis Matthews, Luther McLaughlin,
Robert Morgan, James Rickards,
Gary Strauss, Hubert Townshend,
John Coger and Keith Robbins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS,<br><br>Defendants. | Case No. 2:13-cv-01710-KJM-EFB<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION RE: REQUEST FOR ENTRY OF JOINT PROTOCOL FOR ELECTRONICALLY STORED INFORMATION** |

1    Having considered Plaintiff Federal Deposit Insurance Corporation as Receiver for Butte Community Bank (the "FDIC-R") and Defendants Robert Ching, Eugene Even, Donald Leforce, Ellis Matthews, Luther McLaughlin, Robert Morgan, James Rickards, Gary Strauss, Hubert Townshend, John Coger and Keith Robbins' (collectively, "Defendants") Joint Stipulation Re: Request for Entry of Joint Protocol for Electronically Stored Information (the "Stipulation"), it is HEREBY ORDERED that the Joint Protocol for Electronically Stored Information submitted by the parties as Exhibit 1 to the Stipulation is approved and shall apply to the production of electronically stored information in this action.

Dated: May 7, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE