UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS,<br><br>Defendants. | No. 2:13-cv-1710-KJM-EFB<br><br>ORDER |

On August 5, 2015, defendants Donald Leforce and Robert Ching moved to compel plaintiff to respond to their discovery requests. ECF Nos. 87, 88. The motions were noticed for hearing on August 26, 2015. *Id.* Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

/////

1

Although the deadline has passed, the docket reveals that no Joint Statement re Discovery Disagreement has been filed in connection with defendants motions to compel.  Therefore, those motions (ECF Nos. 87, 88) are denied without prejudice and the August 26, 2015 hearing thereon is vacated.

SO ORDERED.

DATED: August 20, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2