ELIOT S. JUBELIRER (SBN 61654)
ejubelirer@schiffhardin.com
JEAN-PAUL P. CART (SBN 267516)
jcart@schiffhardin.com
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Telephone:    415.901.8700
Facsimile:     415.901.8701

ANTONY S. BURT (*admitted pro hac vice*)
aburt@schiffhardin.com
LAWRENCE H. HEFTMAN (*admitted pro hac vice*)
lheftman@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone:    312.258.5500
Facsimile:     312.258.5600

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for Butte Community Bank

KEVIN D. HUGHES (SBN 188749)
khughes@t-nlaw.com
LINDA J. KIM (SBN 181122)
lkim@t-nlaw.com
TISDALE & NICHOLSON, LLP
2029 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone:    310.286.1260
Facsimile:     310.286.2351

Attorneys for Defendants Robert Ching, Eugene Even, Donald Leforce, Ellis Mathews, Luther McLaughlin, Robert Morgan, James Rickards, Gary Strauss, Hubert Townshend, John Coger, and Keith Robbins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS, <br><br> Defendants. | Case No.  2:13-cv-01710-KJM-EFB <br><br> Assigned to Hon. Kimberly J. Mueller <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: REQUEST TO CONTINUE HEARING ON FDIC-R'S MOTION TO COMPEL TO NOVEMBER 18, 2015** <br><br> Current Date:      November 4, 2015 <br> Date Requested:  November 18, 2015 <br> Time:                   10:00 a.m. <br> Location:             Courtroom 8 <br> Judge:                  Hon. Edmund F. Brennan |

Having considered Plaintiff Federal Deposit Insurance Corporation as Receiver for Butte Community Bank ("FDIC-R") and Defendants Robert Ching, Donald Leforce, Eugene Even, Luther McLaughlin, Robert Morgan, James Rickards, Gary Strauss, Hubert Townshend, John Coger, and Keith Robbins' (collectively, "Defendants") (collectively with the FDIC-R, the "Parties") Joint Stipulation Re: Request to Continue Hearing on FDIC-R's Motion to Compel to November 18, 2015, the Court being fully advised in its premises:

**IT IS HEREBY ORDERED** that the hearing on the FDIC-R's Motion to Compel Defendants to Produce Documents and Provide Full and Complete Responses to Written Discovery (Dkt. No. 106) is rescheduled for November 18, 2015.

DATED: November 2, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE