ELIOT S. JUBELIRER (SBN 61654)
ejubelirer@schiffhardin.com
JEAN-PAUL P. CART (SBN 267516)
jcart@schiffhardin.com
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Suite 3200
San Francisco, CA  94105
Telephone:    415.901.8700
Facsimile:    415.901.8701

ANTONY S. BURT
(*admitted pro hac vice*)
aburt@schiffhardin.com
LAWRENCE H. HEFTMAN
(*admitted pro hac vice*)
lheftman@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone:    312.258.5500
Facsimile:    312.258.5600

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for Butte Community Bank

KEVIN D. HUGHES
CA State Bar No. 188749
LINDA J. KIM
CA State Bar No. 181122
TISDALE & NICHOLSON, LLP
2029 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone:  310.286.1260
Facsimile:  310.286.2351

Attorneys for Defendants Robert Ching,
Eugene Even, Donald Leforce,
Luther McLaughlin, Robert Morgan,
James Rickards, Gary Strauss,
Hubert Townshend, John Coger
and Keith Robbins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS,<br><br>Defendants. | Case No.  2:13-cv-01710-KJM-EFB<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**ORDER ON JOINT STIPULATION AND REQUEST RE: BRIEFING SCHEDULE ON MOTIONS *IN LIMINE*** |

Pursuant to Plaintiff Federal Deposit Insurance Corporation as Receiver for Butte Community Bank and Defendants Robert Ching, Donald Leforce, Eugene Even, Luther McLaughlin, Robert Morgan, James Rickards, Gary Strauss, Hubert Townshend, John Coger, and Keith Robbins' Joint Stipulation Re: Briefing Schedule on Motions *In Limine*, the Court hereby sets the following schedule on motions *in limine*: (1) motions *in limine* to be filed by May 13, 2016; (2) oppositions to motions *in limine* to be filed by May 27, 2016; and (3) hearing on motions *in limine*, if any, to be set by subsequent Court order.

Dated: May 2, 2016.

_____
UNITED STATES DISTRICT JUDGE