| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHING, et al.<br><br>Defendants. | No. 2:13-cv-01710-KJM-EFB<br><br>ORDER |

After a jury verdict and damages award, the court now enters judgment and closes this case. *See* Jury Verdict, Nov. 17, 2016, ECF No. 270. The jury found all defendants guilty of negligence and a breach of the fiduciary duty of care in connection with an $8,800,000 dividend they caused Butte Community Bank to issue. *Id*. The Federal Deposit Insurance Corporation (FDIC), as receiver for Butte Community Bank, is the plaintiff.

On May 22, 2017, the court issued the following findings: (1) The applicable baseline jury award in this case is $2,640,000; (2) the award includes pre-judgment and post-judgment interest of 0.77% per day, accruing from August 20, 2010 until judgment is paid in full; and (3) defendants are jointly and severally liable for the full judgment. Order, ECF No. 294. The FDIC filed an updated interest calculation on June 5, 2017. Cart Decl., ECF No. 295-1.

1

1 | The court hereby ENTERS judgment against defendants and for the FDIC as
2 | follows:
3 |     A baseline damages award: $2,640,000.
4 |     Pre-judgment interest: $141,219.04 (0.77% per day from August 20, 2010 to June
5 | 5, 2017), plus $58.48 per day from June 6, 2017 to the date of this order. *See* Cart Decl. at 1-2.
6 |     Post-judgment interest: 0.77% per day from the date of this order until judgment is
7 | paid in full. *Id.*
8 |     Defendants are jointly and severally liable for the total judgment.
9 |     IT IS SO ORDERED.
10 |     This case is now CLOSED.
11 | DATED: June 8, 2017.

_____
UNITED STATES DISTRICT JUDGE