| | |
|---|---|
| ELIOT S. JUBELIRER (SBN 61654) | KEVIN D. HUGHES |
| ejubelirer@schiffhardin.com | CA State Bar No. 188749 |
| JEAN-PAUL P. CART (SBN 267516) | FOUNDATION LAW GROUP LLP |
| jcart@schiffhardin.com | 1999 Avenue of the Stars, Suite 1100 |
| SCHIFF HARDIN LLP | Los Angeles, CA 90067 |
| One Market | Telephone: 424.253.1266 |
| Spear Street Tower, Suite 3100 | Facsimile: 424.253.1101 |
| San Francisco, CA 94105 | |
| Telephone: 415.901.8700 | Attorneys for Defendants Robert Ching, |
| Facsimile: 415.901.8701 | Eugene Even, Donald Leforce, |
| | Luther McLaughlin, |
| ANTONY S. BURT | Robert Morgan, James Rickards, |
| (*admitted pro hac vice*) | Gary Strauss, Hubert Townshend, |
| aburt@schiffhardin.com | John Coger and Keith Robbins |
| LAWRENCE H. HEFTMAN | |
| (*admitted pro hac vice*) | |
| lheftman@schiffhardin.com | |
| SCHIFF HARDIN LLP | |
| 233 South Wacker Drive | |
| Suite 6600 | |
| Chicago, IL 60606 | |
| Telephone: 312.258.5500 | |
| Facsimile: 312.258.5600 | |

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for Butte Community Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS, <br><br> Defendants. | Case No. 2:13-cv-01710-KJM-EFB <br><br> Assigned to Hon. Kimberly J. Mueller <br><br><br> **ORDER RE: DEPOSIT INTO COURT REGISTRY** |

-1-

ORDER PERMITTING DEPOSIT INTO COURT REGISTRY

Pursuant to Plaintiff Federal Deposit Insurance Corporation as Receiver for Butte Community Bank (the "FDIC-R") and Defendants Robert Ching, *et al.*'s ("Defendants") Joint Stipulation for Order Permitting Deposit to Court Registry (the "Stipulation"), it is HEREBY ORDERED that Defendants may deposit with the registry of this Court $2,813,499.47 (the "Deposit").

The Deposit shall be held by the registry of the Court, and remain subject to General Order 573, unless and until submission of a joint stipulation by the FDIC-R and Defendants for disbursement, and/or upon issuance of further order from the Court as necessary to authorize any disbursement of the Deposit pursuant to the terms of the Stipulation.

Pursuant to the Stipulation, the FDIC-R and Defendants shall file a new joint stipulation for stay of execution of judgment within three (3) days of Defendants' Deposit.

By entering into the Stipulation, Plaintiff and Defendants reserve and do not waive any right to appeal the Judgment, the Verdict, or any other order of this Court.

DATED: August 8, 2017.

_____
UNITED STATES DISTRICT JUDGE