| | |
|---|---|
| ELIOT S. JUBELIRER (SBN 61654)<br>ejubelirer@schiffhardin.com<br>JEAN-PAUL P. CART (SBN 267516)<br>jcart@schiffhardin.com<br>SCHIFF HARDIN LLP<br>One Market<br>Spear Street Tower, Suite 3200<br>San Francisco, CA 94105<br>Telephone: 415.901.8700<br>Facsimile: 415.901.8701<br><br>ANTONY S. BURT<br>(*admitted pro hac vice*)<br>aburt@schiffhardin.com<br>LAWRENCE H. HEFTMAN<br>(*admitted pro hac vice*)<br>lheftman@schiffhardin.com<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>Telephone: 312.258.5500<br>Facsimile: 312.258.5600<br><br>Attorneys for Plaintiff<br>Federal Deposit Insurance Corporation<br>as Receiver for Butte Community Bank | KEVIN D. HUGHES<br>CA State Bar No. 188749<br>FOUNDATION LAW GROUP LLP<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: 424.253.1266<br>Facsimile: 424.253.1101<br><br>Attorneys for Defendants Robert Ching,<br>Eugene Even, Donald Leforce,<br>Luther McLaughlin,<br>Robert Morgan, James Rickards,<br>Gary Strauss, Hubert Townshend,<br>John Coger and Keith Robbins |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BUTTE COMMUNITY BANK,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT CHING, EUGENE EVEN, DONALD LEFORCE, ELLIS MATTHEWS, LUTHER McLAUGHLIN, ROBERT MORGAN, JAMES RICKARDS, GARY STRAUSS, HUBERT TOWNSHEND, JOHN COGER AND KEITH ROBBINS,<br><br>            Defendants. | Case No. 2:13-cv-01710-KJM-EFB<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**ORDER TO DISBURSE FUNDS** |

Pursuant to Plaintiff Federal Deposit Insurance Corporation as Receiver for Butte Community Bank (the "FDIC-R") and Defendants Robert Ching, *et al.*'s ("Defendants") Joint Stipulation for Order to Disburse Funds (the "Stipulation"), IT IS HEREBY ORDERED that the Clerk of the Court shall disburse the funds in deposit in the registry of this Court as follows:

(a) The Clerk shall issue a check in the amount of $2,806,613.26 of the initial Deposit and 99.76% of any accrued interest on the Deposit made payable to "Federal Deposit Insurance Corporation as Receiver for Butte Community Bank," referencing FIN 10278, and mailed to J. Stuart Tonkinson, Counsel, FDIC, 1601 Bryan Street, 15th Floor, Dallas, Texas 75201.

(b) The Clerk shall issue a second check in the amount of the remaining $6,886.21 of the initial Deposit and 0.24% of any accrued interest on the Deposit made payable to "Foundation Law Group LLP Client Trust Account" and mailed to Kevin Hughes, Foundation Law Group LLP, 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067.

DATED: March 20, 2018.

_____
UNITED STATES DISTRICT JUDGE